UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 12115
   MICHAEL C PORTER
   KAREN A PORTER                         CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-7082    SSN XXX-XX-2973
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 07/06/07 and confirmed on 09/14/07.

   2. The case was dismissed after confirmation, 02/01/2008.

   3. The Debtor paid a total of $   1174.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 6206.56 | 43.87 | 492.44 |
| ILL DEPT OF EMPLOYMENT S | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6206.56 | .00 | .00 | .00 | 6206.56 |
| PRINCIPAL PAID | 492.44 | .00 | .00 | .00 | 492.44 |
| INTEREST PAID | 43.87 | .00 | .00 | .00 | 43.87 |
| TOTAL PAID | 536.31 | .00 | .00 | .00 | 536.31 |

The Debtor's attorney, SHAW & FOLEY LLC           , was allowed $   3500.00 and was paid $   1046.00  direct and $    591.84  through the plan.

The Trustee received $     45.85 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 05/20/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```